No. 1166. GREATER NEW YORK BROADCASTING CORP. *v.* NATIONAL LABOR RELATIONS BOARD. May 21, 1945. Petition for writ of certiorari to the Circuit Court of

Appeals for the Second Circuit denied. *Mr. Sanford H. Cohen* for petitioner. *Assistant Solicitor General Cox, Messrs. Alvin J. Rockwell, Willard Cass, Misses Ruth Weyand* and *Fannie M. Boyls* for respondent.